# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kevin Lamont Harris**<br>DOB: 1989; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-03252MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 1, 2025, in the District of Arizona, **Kevin Lamont Harris**, knowing and in reckless disregard of the fact that certain illegal aliens, including Benjamin Gomez-Valencia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 1, 2025, at approximately 4:00 a.m. in the District of Arizona (Rio Rico), Border Patrol agents (BPAs) were monitoring a known human smuggling pickup location located on Via Cato Road in Rio Rico, Arizona. While monitoring the area, BPAs witnessed three subjects in camouflage clothing hiding in the brush near the roadway. BPAs maintained visual of the three subjects in the brush from 4:00 a.m. to approximately 12:15 p.m. In that time, they observed no traffic travel on Via Cacto. At approximately 12:15 p.m., they then saw a grey Jeep Compass turn onto Via Cato and park in the middle of the roadway directly next to where the three individuals were hiding in the brush. BPAs stated they witnessed the driver open the rear driver side passenger door and make a waving motion indicating to the three subjects to enter the vehicle via the back seat. BPAs stated the three individuals exited the brush and entered the vehicle. The vehicle then made a U-turn and drove back to the intersection of Via Cato and Calle Toruno. BPAs followed the vehicle to a Family Dollar retail store parking lot in Rio Rico, Arizona, where the vehicle parked and remained for several minutes. BPAs stated while the vehicle was parked, no one exited or entered the vehicle. After being parked for several minutes, the vehicle exited the parking lot and drove south on W Frontage Road. Other BPAs in a marked Border Patrol vehicle responded to the area and initiated a vehicle stop. The vehicle yielded and as BPAs approached the vehicle, they observed two individuals hiding on the floorboard of the rear passenger seat, and one other individual hiding in the rear cargo area. BPAs observed two of the individuals were wearing camouflage clothing. BPAs conducted an immigration inspection. The driver, **Kevin Lamont Harris** was determined to be a United States citizen and the three passengers, including Benjamin Gomez-Valencia, were determined to be citizens of Mexico illegally present in the United States. Records check revealed Benjamin Gomez-Valencia does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Benjamin Gomez-Valencia stated he is a Mexican citizen, and his family arranged for him to be smuggled into the United States for money. He illegally crossed into the United States by jumping the International Boundary Fence (IBF). **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Benjamin Gomez-Valencia

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Jeremy Sykes |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 2, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Price

**Continued from front page.**

25-03252MJ

He stated that he was waiting in the brush for several days and was dropped off food by a different smuggler. He stated on the morning of October 1, 2025, a dark grey vehicle stopped and yelled at him to get inside the vehicle. He stated he was instructed to sit behind the driver in the rear passenger seat. He described the driver as a black male. He stated the driver gestured to them with hand signals to stay low in the rear seat.

After waiving his *Miranda Rights*, **Kevin Lamont Harris**, he stated was laid off work and was staying with his friend in Tucson, Arizona. **Harris** stated his friend asked him if he would like to make some "quick" money. He stated he agreed and was told he could make a couple thousand dollars. He stated he was contacted by a "Mexican male" via the phone who gave him instructions on where to pick people up. He stated he would make $1000 per person if he successfully picked them up. He stated all he had to do was pick them up and drop them off in Sierra Vista where another vehicle would pick them up. He was supposed to pick up three individuals. He stated he was told to go to a location in Rio Rico, which he did to pick up the people. He said he picked up three illegal aliens and told them to hide in the rear seat.